IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Information Technology Management Services Inc.** | **Misc. Action No. _____** |
| <u>**Underlying Case**</u><br><br>**Plus One, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Capital Relocation Services LLC,**<br><br>Defendant. | **Case No. 23-cv-2016 (KMM/JFD) (U.S.D.C. D. Minn.)** |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
DIRECTED TO NONPARTY INFORMATION TECHNOLOGY
MANAGEMENT SERVICES INC., AND FOR CONTEMPT SANCTIONS**

The matter having come before this Court, and upon consideration of the arguments and evidence of record, the Court hereby:

GRANTS Plaintiff's Motion To Compel Compliance With Subpoena Directed To Nonparty Information Technology Management Services Inc., And For Contempt Sanctions;

FINDS that the subpoena is valid and was duly served on ITMS, which has failed to comply without any justification for its failure, particularly considering it requested and was granted an extension of time to fulfill its promise of full compliance;

HOLDS Information Technology Management Services Inc. ("ITMS") in CONTEMPT of Court;

And ORDERS as follows:

1. ITMS shall produce all materials responsive to and in full compliance with the

subpoena dated August 29, 2024. ITMS must make the production to counsel for Plaintiff Plus One, LLC, within 7 days of this Order, but in any event by no later than December 1, 2024. The production should be made either electronically to [talcottj@ballardspahr.com](mailto:talcottj@ballardspahr.com), or in person at Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC 20006-1157.

2. ITMS shall pay to Plus One, LLC ("Plus One") the costs and attorney's fees Plus One has incurred or may yet incur in connection with its attempts to enforce ITMS's compliance with the subpoena, including those costs and fees Plus One incurred in connection with the present motion. The parties shall confer as to the appropriate amount that ITMS must pay to Plus One. If the parties are unable to reach agreement as to the amount within 10 days of this Order, Plus One may file a supplemental request with the Court detailing the costs and fees it has incurred and to which it seeks ITMS's compliance.

SO ORDERED THIS ___ day of November, 2024.

By the Court:

/s/ _____

**PARTIES TO BE NOTIFIED**

The following persons should be notified of the entry of this order:

For Plaintiff Plus One, LLC:

>Charles D. Tobin (#455593)
>**Ballard Spahr LLP**
>1909 K Street NW, 12th Floor
>Washington, DC 20006
>Telephone: (202) 661-2200
>Facsimile: (202) 661-2299
>tobinc@ballardspahr.com
>
>Jonathon A. Talcott
>**Ballard Spahr LLP**
>2000 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>Email: talcottJ@ballardspahr.com
>Phone: 612.371.3211
>*Attorneys for Plaintiff*

For Defendant Capital Relocation Services, L.L.C.:

>Barry M. Landy
>Patrick "Gus" Cochran
>Melissa A. Goodman
>**Ciresi Conlin, LLP**
>Email: bml@ciresiconlin.com
>Email: pac@ciresiconlin.com
>Email: mag@ciresiconlin.com
>225 South Sixth Street, Suite 4600
>Minneapolis, MN 55402
>Phone: (612) 361-8200
>*Attorneys for Defendant*

For nonparty Information Technology Management Services Inc.:

>Hoan Le, President
>Information Technology Management Services Inc.
>12019 English Maple Ln, Fairfax, VA 22030
>Copy to: 12351 Firestone Ct, Fairfax, VA 22033
>Email: hoan.le@itmsinc.com
>Phone: (703) 625-1535